# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 11/5/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/5/2015 12:46:58 PM
CHRISTOPHER A. PRINE
Clerk

TO:     14TH COURT OF APPEALS

From:   **Deputy Clerk: IRMA MEDINA**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

RELATED TO 14-15-00851-CV

**CAUSE:**   2011-44121

**VOLUME** _____ **PAGE** _____   **OR**   **IMAGE #** 67196021

**DUE** 11/24/2015       **ATTORNEY** 00797386

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 14TH

**DATE ORDER SIGNED:** 9/25/2015

**REQUEST FOR FINDINGS OF FACT FILED:** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 10/5/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☒   **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** CR = CROSS NOTICE OF APPEAL

CHRIS DANIEL
Harris County, District Clerk

By:  /s/IRMA MEDINA
     **IRMA MEDINA, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

## CAUSE NO. 2011-44121

| | | |
|---|---|---|
| ZAKI MOIN, M.D., <br> *Plaintiff,* | § <br> § <br> § <br> § | IN THE DISTRICT COURT OF |
| vs. | § <br> § | HARRIS COUNTY, TEXAS |
| SANDEEP PATEL, AMAN JAFAR, <br> M.D., ANIL ODHAV, M.D., SOHAIL <br> NOOR, M.D., IRFAN IFTIKHAR, <br> M.D., CHANDRESH PATEL, and <br> ST. MICHAEL'S HOSPITAL & <br> HEALTH CARE GROUP, L.L.C., <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § | 281st JUDICIAL   DISTRICT |

### NOTICE OF APPEAL AND CROSS APPEAL

Plaintiff Zaki Moin desires to appeal to the Fourteenth District Court of Appeals from the *Order on Post Arbitration Motions*, signed April 1, 2015, the *Final Judgment*, signed September 25, 2015, and from all other orders adverse to Zaki Moin, including findings by the arbitrator in favor of Defendants Anil Odhav and/or Sohail Noor, as well as any rulings on any post-judgment motions defendants may file.

Pursuant to Local Rule 1.4(a) of the Fourteenth Court of Appeals, a related appeal has been filed by Sandeep Patel and Aman Jafar in the Fourteenth Court of Appeals.

Respectfully submitted,

**SCHMIDT LAW FIRM, PLLC**

_____
C. Thomas Schmidt
State Bar No. 00797386
7880 San Felipe, Suite 210
Houston, Texas 77063
(713) 568-4899 (phone)
(815) 301-9000

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on November 2, 2015, a copy of this document was served on all parties according to the Texas Rules of Civil Procedure, as follows:

Mr. James G. Munisteri
jmunisteri@gardere.com
Mr. John MacVane
jmacvane@gardere.com
GARDERE WYNNE SEWELL, LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002

_____
C. THOMAS SCHMIDT

9/24/2015 2 57 28 PM
Chris Daniel - District Clerk Harris County
Envelope No 7085182
By DAIQURI ROY
Filed 9/24/2015 2 57 28 PM

## CAUSE NO. 2011-44121

| | | |
|---|---|---|
| ZAKI MOIN, M.D.,<br>*Plaintiff,* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs. | §<br>§ | HARRIS COUNTY, TEXAS |
| SANDEEP PATEL, AMAN JAFAR,<br>M.D., ANIL ODHAV, M.D., SOHAIL<br>NOOR, M.D., IRFAN IFTIKHAR,<br>M.D., CHANDRESH PATEL, and<br>ST. MICHAEL'S HOSPITAL &<br>HEALTH CARE GROUP, L.L.C.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 281st JUDICIAL DISTRICT |

### FINAL JUDGMENT

The Court renders this final judgment based upon the Arbitration Award of Katie Kennedy signed February 10, 2015, as follows:

IT IS, hereby, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff Zaki Moin, MD, have judgment as follows:

Defendants Aman Jafar and Sandeep Patel jointly and severally owe Plaintiff $140,073 00. Defendants Jafar and Patel take nothing on their counterclaims against Plaintiff.

Defendants Aman Jafar and Sandeep Patel jointly and severally owe Plaintiff attorneys' fees of $150,810.90 as well as his arbitration costs consisting of the fees paid to the arbitrator in the amount of $14,568.75 and deposition costs of $4,217.30.

IT IS, FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Defendants Odhav and Noor have judgment against Plaintiff for their attorney's fees in the amount of $79,835.00, plus their costs of arbitration in the amount of $3,642.19 to Odhav and $3,642.19 to Noor for fees paid to the arbitrator and deposition costs of $737.09 to Odhav and $737.09 to Noor.

Gardere01 - 7057947v 1

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

IT IS FURTHER ORDERED that Defendants Irfan Iftikhar, M.D., and Chandresh Patel take nothing from Plaintiff and that Plaintiff take nothing from Defendants Irfan Iftikhar and Chandresh Patel.

IT IS FURTHER ORDERED this judgment shall bear interest at the rate of 5 percent per annum from the date signed until paid  Plaintiff is ~~entitled to~~ awarded prejudgment interest from January 10, 2011, to September 24, 2015 in the amount of $32,715 71

All costs of the Court expended or incurred in this cause by Plaintiff are adjudged against Defendants Sandeep Patel, Aman Jafar, MD, jointly and severally   All costs of the Court expended or incurred in this cause by Defendants Odhav and Noor, which amount is equal to one-quarter of Defendants' total costs each for Odhav and Noor, are adjudged against Plaintiff.

Prior to the entry of this Judgment, the Court has severed Plaintiffs' claims against St. Michael's Hospital & Health Care Group, LLC, into a separate case, so nothing in this Judgment affects those claims. All relief not specifically granted herein is denied. This is intended to be a final, appealable judgment disposing of all claims and parties hereto.

SIGNED. _____9|25|2015_____.

_____
PRESIDING JUDGE

**APPROVED AS TO FORM ONLY:**
/s/James G Munisteri
_____
James G. Munisteri

2

FILED
Chris Daniel
District Clerk

SEP 25 2015

ime: _____ 11:00 Am
Harris County, Texas
By _____ Deputy

CAUSE NO. 2011-44121

Pg-2
4B
Severg
# 11-44121-A
(Active)

| | | |
|---|---|---|
| ZAKI MOIN, M.D.,<br>*Plaintiff,* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs. | §<br>§<br>§ | HARRIS COUNTY, TEXAS |
| SANDEEP PATEL, AMAN JAFAR,<br>M.D., ANIL ODHAV, M.D., SOHAIL<br>NOOR, M.D., IRFAN IFTIKHAR,<br>M.D., CHANDRESH PATEL, and<br>ST. MICHAEL'S HOSPITAL &<br>HEALTH CARE GROUP, L.L.C.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 281st JUDICIAL DISTRICT |

## ORDER

On this day, the Court considered Plaintiff's Motion to Sever claims against St. Michael's Hopsital & Health Care Group, LLC. The Court, after reviewing the documents, response, if any, and arguments of counsel, finds as follows:

Plaintiff's causes of action as to Defendant St. Michael's Hospital & Health Care Group, LLC, are SEVERED, and assigned cause number 2011-44121-A. The "A" case shall be styled Zaki Moin Vs. St Michael's Hospital & Health Care Group,LLC. ~~The Court further finds that entry of Judgment is appropriate with regard to the remaining Defendants and Plaintiff. Therefore, the Court will enter Final Judgment in this matter.~~

The following filings are ordered to be transferred to the severed case, 2011-44121A:

| Filing | File Date |
|---|---|
| Plaintiff's Original Petition | 7/26/2011 |
| Plaintiff's Second Amended Petition | 11/02/2012 |
| Plaintiff's Request for Expedited Hearing on Their Motion for Leave to Amend Petition and to Join Additional Defendants and Plaintiff's Motion for Continuance | 11/08/2012 |
| Plaintiff's Motion for Leave to Amend Petition and to Join Additional | 11/08/2012 |

| | |
|---|---|
| Defendants and Plaintiffs' Motion for Continuance (with Exhibit A) | |
| Order Denying Leave to File Pleading Signed | 11/09/2012 |
| Plaintiff's Motion for Reconsideration of Order Striking Pleading Joining Additional Defendants | 11/15/2012 |
| Defendants' Reply and Objections to Plaintiff's Second Motion for Continuance and Motion for Reconsideration of Defendants' Motion to Strike Amended Petition | 11/16/2012 |
| Order Granting Leave to File Pleading Signed | 11/30/2012 |
| Citation Corporate (St. Michael's) | 1/11/2013 |
| Plaintiff's Third Amended Petition | 3/21/2013 |
| Order Signed Striking Pleading | 3/22/2013 |
| Defendant's Motion to Strike Plaintiff's Third Amended Petition | 3/22/2013 |
| Order Signed Denying Motion to Strike Pleading | 4/26/2013 |
| Order Signed Setting Aside Order | 4/26/2013 |
| Motion for Entry of Default Judgment against St. Michael's Hospital & Health Care Group, LLC (with Certificate of Last Known Address) | 9/23/2013 |
| Plaintiff's Notice of Submission | 9/23/2013 |
| Interlocutory Default Judgment | 10/14/2013 |
| Plaintiff Zaki Moin, MD's Fifth Amended Disclosures and Expert Designation (with Exhibit A) | 2/05/2014 |
| Order Granting Arbitration Signed | 3/05/2014 |
| Motion to Modify and Confirm Arbitration Award and For Entry of Final Judgment (with Affidavit of Poston and Exhibits A, B, C and Proposed Order) | 3/09/2015 |
| Notice of Hearing | 3/09/2015 |
| Defendants' Application to Modify/Vacate Part and Otherwise Confirm Arbitrator's Award, and Response to Plaintiff's Motion to Modify Arbitrator's Award (with Exhibits 1-19 and proposed Order) | 3/23/2015 |
| Plaintiff's Reply In Support Of Motion To Modify And Confirm Arbitration Award And For Entry Of Final Judgment, And Response To Defendants' Application To Modify/Vacate Part And Otherwise Confirm Arbitrator's Award | 3/27/2015 |
| Suggestion of Bankruptcy | 3/30/2015 |
| Order Denying Modification and Amending Temp Orders Signed | 4/1/2015 |
| Verified Motion to Retain (with Notice of Submission and Proposed Final Judgment) | |
| Plaintiff's Motion to Sever and to Confirm Arbitration Award and for Entry of Judgment As to Remaining Defendants | 8/29/2015 |
| Order Granting Severance | 9/25/2015 |

Signed: 9/25/2015

_[signature]_

Judge Presiding